CHARLES H. SCOTT, Respondent, v. CHARLES D. DE VINNE, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

WILLIAM J. SMITH, as Administrator, etc., Respondent, v. DAVID CREAR and Others, Appellants, Impleaded with Others.— Interlocutory judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ., concurred.

MARY SULLIVAN, Respondent, v. JOHN J. SULLIVAN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Kelly and Jaycox, JJ., concurred; Blackmar, J., dissented.

KATE TAYLOR, Respondent, v. HENRY B. WELSH, Defendant, and MARGARETTA K. WELSH, Appellant.— Judgment and order reversed, with costs, and complaint dismissed, with costs, upon the ground that the sign " To let " was no invitation to the plaintiff to go about the premises by herself after she had, by ringing the basement door bell and by looking into the near window, ascertained that the premises were vacant. Jenks, P. J., Thomas, Mills, Kelly and Jaycox, JJ., concurred.

REGINALD D. TAYLOR, Respondent, v. HENRY S. MANNING, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, for the reason that the learned trial justice erred in sustaining the objections to defendant's testimony of his transactions and conversations with Armstrong, culminating at folio 180, and because in the absence of the books of the bankrupt corporation concerning which the alleged false statements were made, there was no legal proof of fraudulent representations. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concurred.

MORTIMER WEINBERG, Appellant, v. JOHN P. MALLON and Others, Respondents.— Judgment affirmed, with costs. No opinion. Thomas, Mills, Kelly and Jaycox, JJ., concurred; Jenks, P. J., not voting.

GEORGE L. WILSON, Respondent, v. VILLAGE OF CHESTER, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

*Decision by the Presiding Justice on Application to Appeal from the Appellate Term.*

JOHN D. NEPPERT, Respondent, v. CHARLES BORDA, Appellant.— Application denied, without costs. (See *Handy* v. *Butler*, 183 App. Div. 359.)